FILED

APR 03 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DM    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cr-01559-H |
| v. | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL OF ARREST WARRANT FOR D49 PATRICK LANE** |
| PATRICK LANE (49), | |
| Defendant, | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice and the Arrest Warrant be recalled only as to Defendant 49 Patrick Lane.

IT IS SO ORDERED.

DATED: April 3, 2023

The Honorable Marilyn L. Huff
United States District Court